[No. 61734-6-I.   Division One.   August 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD DEAN HARSTAD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-05206-9, Paris K. Kallas, J., entered May 2, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Appelwick, JJ. Now published at 153 Wn. App. 10.

[No. 61839-3-I.   Division One.   August 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTINE ELKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-00554-1, Deborah D. Fleck, J., entered May 30, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Lau, J., concurred in by Grosse and Ellington, JJ. Now published at 152 Wn. App. 871.

[No. 61842-3-I.   Division One.   August 24, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. JAMES ARTIS CASON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-07518-2, Gregory P. Canova, J., entered May 9, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Agid and Dwyer, JJ.

[No. 61896-2-I.   Division One.   August 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY A. LOGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-1-00971-2, Steven J. Mura, J., entered June 11, 2008. *Reversed* and *remanded* by unpublished per curiam opinion.